BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants TriplePoint Venture Growth BDC Corp., James P. Labe, Christopher M. Mathieu, Sajal K. Srivastava, Gilbert E. Ahye, Steven P. Bird, Stephen A. Cassani, Cynthia M. Fornelli, Katherine Park, and Kimberley Vogel*

[Counsel for Plaintiffs on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE TRIPLEPOINT VENTURE GROWTH BDC CORP DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 4:23-cv-06557-DMR<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: July 31, 2024<br>Time: 1:30 p.m.<br>Location: Courtroom 4 – 3rd Floor<br>Judge: Hon. Donna M. Ryu |

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 4:23-cv-06557-DMR

Plaintiffs Larry Vorpahl and John McGuire, Nominal Defendant TriplePoint Venture Growth BDC Corp., and Defendants James P. Labe, Christopher M. Mathieu, Sajal K. Srivastava, Gilbert E. Ahye, Steven P. Bird, Stephen A. Cassani, Cynthia M. Fornelli, Katherine Park, and Kimberley Vogel (together, the "Parties") submit this JOINT CASE MANAGEMENT STATEMENT pursuant to Civil Local Rule 16-9. The Parties have no developments to report since the Initial Case Management Conference held on March 20, 2024. For the Court's ease of reference, the Parties' Joint Case Management Statement for the Initial Case Management Conference, ECF No. 26, is attached as Exhibit 1. The Parties are prepared to meet for the Case Management Conference or to meet on a future date, as the Court deems appropriate.

Respectfully submitted,

Dated: July 24, 2024         FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Boris Feldman
    Boris Feldman

*Attorneys for Defendants TriplePoint Venture Growth BDC Corp., James P. Labe, Christopher M. Mathieu, Sajal K. Srivastava, Gilbert E. Ahye, Steven P. Bird, Stephen A. Cassani, Cynthia M. Fornelli, Katherine Park, and Kimberley Vogel*

Dated: July 24, 2024         THE BROWN LAW FIRM, P.C.

By: /s/ Robert C. Moest
    Robert C. Moest

Robert C. Moest, State Bar No. 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
RMoest@aol.com

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

*Attorneys for Plaintiffs*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Plaintiffs*

# CERTIFICATION

I, Boris Feldman, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concurred in this filing.

Dated: July 24, 2024                              FRESHFIELDS BRUCKHAUS DERINGER US LLP

                                                  By: /s/ *Boris Feldman*
                                                      Boris Feldman